UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**Scott Belknap**</u>

    Plaintiff

 V.

CIVIL ACTION

NO. <u>19-11437-FDS</u>

<u>**Partners Healthcare System, Inc.**</u>

    Defendant

## <u>ORDER OF DISMISSAL</u>

<u>Saylor, C. J.</u>

 In accordance with the Court's Memorandum and Order dated <u>March 4, 2022</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

            By the Court,

<u>3/4/2022</u>          <u>/s/ Christina McDonagh</u>
 Date             Deputy Clerk