UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Scott Belknap, on behalf of himself and all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> Partners Healthcare System, Inc. et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |   Civil A. No. 1:19-cv-11437 |

**STIPULATION AND JOINT MOTION TO STAY DEADLINES FOR ATTORNEY'S FEES MOTION AND COST APPLICATION**

Plaintiff Scott Belknap and Defendants Mass General Brigham, Incorporated, formerly known as Partners Healthcare System, Inc., The Pension Management Committee, and the Retirement Committee (collectively the "Parties") hereby stipulate to and move the court for an order staying deadlines for Defendants' attorney's fees motion and cost application until after resolution of Plaintiff's anticipated appeal to the United States Court of Appeals for the First Circuit ("First Circuit"). In support thereof, they state as follows:

1. On March 4, 2022, this Court granted Defendants' Motion for Summary Judgment in its entirety and dismissed the entire action. Dkt. Nos. 90-91.

2. Plaintiff intends to appeal this decision to the First Circuit.

3. Defendants intend to seek their costs, which alone exceed $15,000.00, and also may seek their attorney's fees under ERISA, 29 U.S.C. § 1132(g)(1).

4. Pursuant to Fed. R. Civ. P. 54(d)(2)(B), a motion for attorney's fees must be filed no later than 14 days after the entry of judgment, unless a statute or court order provides otherwise.

1

5. The Parties agree that it would make sense to delay consideration of any application for attorney's fees and costs until after resolution of Plaintiff's intended appeal.

6. Accordingly, the Parties hereby stipulate and jointly move that the deadline for Defendants' motion for attorney's fees and application for costs be stayed until after the resolution of Plaintiff's appeal. Should the First Circuit affirm this Court's decision, the motion for attorneys' fees and application for costs would be due fourteen (14) days after the issuance of the mandate.

IT IS SO STIPULATED:

| IZARD, KINDALL & RAABE LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Douglas P. Needham*<br>Douglas P. Needham (BBO No. 671018)<br>dneedham@ikrlaw.com<br>Robert A. Izard*<br>rizard@ikrlaw.com<br>Mark P. Kindall*<br>mkindall@ikrlaw.com<br>Seth R. Klein*<br>sklein@ikrlaw.com<br>Oren Faircloth*<br>ofaircloth@ikrlaw.com<br>29 South Main Street, Suite 305<br>West Hartford, CT 06107<br>Telephone: (860) 493-6292<br>Facsimile: (860) 493-6290 | /s/ *Keri L. Engelman*<br>Keri L. Engelman (BBO # 704360)<br>Keri.engelman@morganlewis.com<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 341-7828<br>Facsimile: (617) 341-7701<br><br>*/s/ Jeremy Blumenfeld*<br>Jeremy Blumenfeld*<br>jeremy.blumenfeld@morganlewis.com<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5258<br>Facsimile: (215) 963-5001 |
| BAILEY & GLASSER LLP<br><br>*/s/ Gregory Y. Porter*<br>Gregory Y. Porter*<br>gporter@baileyglasser.com<br>Mark G. Boyko*<br>mboyko@baileyglasser.com<br>1054 31st Street, NW, Suite 230<br>Washington, DC 20007<br>Telephone: (202) 463-2101<br>Facsimile: (202) 463-2103 fax<br><br>Counsel for Plaintiff | */s/ Deborah S. Davidson*<br>Deborah S. Davidson*<br>deborah.davidson@morganlewis.com<br>110 North Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 324-1159<br>Facsimile: (312) 324-1001<br><br>*/s/ Stephanie R. Reiss*<br>Stephanie R. Reiss*<br>stephanie.reiss@morganlewis.com<br>One Oxford Centre, 32nd Fl.<br>Pittsburgh, PA 15219-6401<br>Telephone: 412.560.3378 |

| | |
|---|---|
| | Facsimile: 412.560.7001 |
| March 11, 2022 | *Admitted Pro Hac Vice* |
| | Counsel for Defendants |

SO ORDERED:

_____
Hon. F. Dennis Saylor IV
Chief Judge, U.S. District Court