# UNITED STATES DISTRICT COURT
# OF MASSACHUSETTS

| | |
|---|---|
| Scott Belknap, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>Partners Healthcare System, Inc.,<br><br>                Defendant. | Case No.: 1:19-cv-11437-FDS<br><br><br><br><br><br><br><br>CLASS ACTION |

## **NOTICE OF APPEAL**

Notice is hereby given that Scott Belknap, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Ruling on Defendant's motion to dismiss, which was converted to a motion for summary judgment [ECF Nos. 38, 67, 88], by which the District Court granted summary judgment to Defendant and dismissed the case, which was filed and entered on March 4, 2022 [ECF Nos. 90 and 91].


Dated: March 16, 2022                    Respectfully submitted,

                                                    */s/ Douglas P. Needham*
                                                   **IZARD, KINDALL & RAABE LLP**
                                                   Douglas P. Needham, BBO No. 671018
                                                   Robert A. Izard (admitted *pro hac vice*)
                                                   29 South Main Street, Suite 305
                                                   West Hartford, CT 06107
                                                   Tel: (860) 493-6292
                                                   Fax: (860) 493-6290
                                                   Email:  dneedham@ikrlaw.com
                                                   Email:  rizard@ikrlaw.com

>Gregory Y. Porter (admitted *pro hac vice*)
>Mark G. Boyko (admitted *pro hac vice*)
>**BAILEY & GLASSER LLP**
>1054 31st Street, NW, Suite 230
>Washington, DC 20007
>(202) 463-2101
>(202) 463-2103 fax
>gporter@baileyglasser.com
>mboyko@baileyglasser.com
>
>*Counsel for Plaintiff*

## Certificate of Service

I, Douglas P. Needham, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and that paper copies will be sent to all non-registered participants on March 16, 2022.

>*/s/ Douglas P. Needham*
>Douglas P. Needham