# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Belknap v. Partners Healthcare System, Inc.

District Court Number: 19cv11437-FDS

Fee: Paid? Yes _X_ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No _X_
If yes, document # ____

Sealed documents   Yes _X_ No ____
If yes, document # 72

*Ex parte* documents   Yes ____ No _X_
If yes, document # ____

Transcripts   Yes _X_ No ____
If yes, document # 29,51,59,85

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#90 Memorandum and Order, #91 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#90, #91, and #93

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 93 filed on March 16, 2022.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 17, 2022.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**