# United States Court of Appeals
## For the First Circuit

---

No. 22-1188

SCOTT BELKNAP, on behalf of himself and all others similarly situated,

Plaintiff - Appellant,

v.

MASS GENERAL BRIGHAM, INC., f/k/a Partners Healthcare System, Inc.; THE PENSION MANAGEMENT COMMITTEE; THE RETIREMENT COMMITTEE,

Defendants - Appellees,

JANE/JOHN DOES 1-5,

Defendants.

---

**JUDGMENT**

Entered: August 30, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk


cc:
Robert A. Izard Jr., Gregory Y. Porter, Douglas P. Needham, Oren Faircloth, Siobhan E. Mee, Jeremy Paul Blumenfeld, Michael E. Kenneally, Keri L. Engelman, Stephanie Reiss