# United States Court of Appeals
## For the First Circuit

No. 22-1188

SCOTT BELKNAP, on behalf of himself and all others similarly situated,

Plaintiff - Appellant,

v.

MASS GENERAL BRIGHAM, INC., f/k/a Partners Healthcare System, Inc.; THE PENSION MANAGEMENT COMMITTEE; THE RETIREMENT COMMITTEE,

Defendants - Appellees,

JANE/JOHN DOES 1-5,

Defendants.

**MANDATE**

Entered: August 30, 2022

In accordance with the judgment of August 30, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jeremy Paul Blumenfeld
Keri L. Engelman
Oren Faircloth
Robert A. Izard Jr.
Michael E. Kenneally
Siobhan E. Mee
Douglas P. Needham
Gregory Y. Porter
Stephanie Reiss